LAW OFFICES OF
GINA MENDOLA LONGARZO, LLC

400 MAIN STREET
CHATHAM NEW JERSEY 07928
973.635.2901



Gina Mendola Longarzo, Esq.
Attorney ID No.: GML-1172

Attorneys for Plaintiff
AMANDA HOLLEY
Our File No. 30.04.478

RECEIVED

JAN 2 9 2019

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| AMANDA HOLLEY, | HON. BRIAN R. MARTINOTTI, U.S.D.J. |
|---|---|
| Plaintiff, | CIVIL ACTION NO. 14-07534- BRM-DEA |
| vs. | |
| PORT AUTHORITY OF NEW YORK AND NEW JERSEY, PORT AUTHORITY OF NEW YORK AND NEW JERSEY POLICE DEPARTMENT, | **JUDGMENT IN CIVIL ACTION AGAINST DEFENDANT PORT AUTHORITY OF NEW YORK AND NEW JERSEY** |
| Defendants. | |

The Court has ordered that:

1. Plaintiff Amanda Holley will recover from the Defendant, Port Authority of New York and New Jersey, the amount of $1,300,000.00;

2. Attorneys' fees and costs, if any, will be assessed following this Court's decisions on Defendant's post-trial motions, and, any resulting award will be added to the above amount and submitted by way of amended judgment;

3. Prejudgment interest may be assessed following this Court's decisions on Defendant's post-trial motions and Plaintiff's fee application, and any resulting award will be added to the above amount and submitted by way of amended judgment;

4. Post judgment interest will be assessed following this Court's decisions on Defendant's post-trial motions should any monetary recovery remain against the Port Authority from the date of judgment through the date of payment at the appropriate rate;[1]

5. Plaintiff Amanda Holley did not prevail on the claims asserted against Defendant Erick Torres, and the action is dismissed on the merits against him; and

3. This action was tried by a jury before the Honorable Brian R. Martinotti, U.S.D.J., from September 17, 2018 through October 19, 2018, when a verdict was rendered.

Date: 29 Jnuy 2019

CLERK OF COURT

Signature of ~~Deputy Clerk~~
Brian R. Martinotti,
U.S. District Judge

---

[1] The post judgment interest amount will be calculated, pursuant to 28 U.S.C. §1961, as the weekly average one year constant maturity Treasury yield for the calendar week preceding the date of entry of the judgment as set by the Federal Reserve.